

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2014

No. 04-14-00491-CV

William M. **COLLINS** and Patricia Collins,
Appellants

v.

Dr. Oliver **WILLIAMS**,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13648
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The clerk's record was due on August 11, 2014; we granted an extension of time to file the clerk's record until August 29, 2014. On September 4, 2014, the Gillespie County District Clerk explained Appellants had not paid for the record until the previous day, and the district clerk requested additional time to file the clerk's record.

The district clerk's request is GRANTED. The clerk's record is due on September 12, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court